# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| Mary Macdowell, | ) | C.A. No.: 6:16-cv-01464-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Unum Life Insurance Company of America, | ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a *Rubin* order. As soon as the closing papers have been properly executed, the parties will forward them over to the court.

                                                                s/ M. Leila Louzri
                                                                M. Leila Louzri, Esq.
                                                                Federal Bar #: 12007
                                                                **FOSTER LAW FIRM, LLC**
                                                                Post Office Box 2123
                                                                Greenville, South Carolina 29602
                                                                (864) 242-6200
                                                                (864) 233-0290 (facsimile)
                                                                E-mail: llouzri@fosterfoster.com

Date: July 14, 2016                                        Attorneys for Plaintiff